AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Spencer Utsey, <br> *Plaintiff* <br> v. <br> Warden of Kirkland Correctional Institution, <br> *Defendant* | Civil Action No.   8:19-cv-03218-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X  other:  **DISMISSES WITHOUT PREJUDICE**

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

X decided by the Honorable J. Michelle Childs

Date:   October 13, 2020

*CLERK OF COURT*

s/Rob Weber, Deputy Clerk

*Signature of Clerk or Deputy Clerk*